NUMBER 13-01-039-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

 ___________________________________________________________________ 

EX PARTE: RANDY WAYNE JOHNSON 

____________________________________________________________________ 


On appeal from the 166th District Court

 of Bee County, Texas.

 ____________________________________________________________________ 

O P I N I O N

 Before Chief Justice Valdez and Justices Hinojosa and Yanez 

Opinion Per Curiam

 

 Appellant, RANDY WAYNE JOHNSON , attempted to perfect an appeal from an order entered by the 156th District
Court of Bee County, Texas, in cause no. B-00-2099-0-CR-B-1 . The clerk's record was received on January 10, 2001 . 

 Upon review of the clerk's record, it appeared that there was no appealable order contained in said record. Pursuant to
Tex. R. App. P. 42.3, notice of this defect was given so that steps could be taken to correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal
would be dismissed for want of jurisdiction. On February 22, 2001, appellant filed a response indicating that he understood
that the appeal would be dismissed because there is no appealable order. 

 The Court, having considered the documents on file and appellant's response, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 8th day of March, 2001 .